United States District Court
Southern District of Texas
**ENTERED**
August 29, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SARAH MARIA MORONI, | § § | CIVIL ACTION NO 4:23-cv-04526 |
| Plaintiff, | § § § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § § | |
| GENERAL MOTORS FINANCIAL COMPANY INC, | § § § | |
| Defendant. | § | |

## ORDER ADOPTING
## MEMORANDUM AND RECOMMENDATION

Plaintiff Sarah Maria Moroni, proceeding *pro se* and *in forma pauperis*, filed a complaint against Defendant General Motors Financial Company, Inc asserting claims for violations of the Truth in Lending Act and multiple other federal statutes in connection with the repossession of her vehicle. Dkt 1. The matter was referred for disposition to Magistrate Judge Christina A. Bryan. Dkt 3.

Pending is a Memorandum and Recommendation recommending that this case be dismissed with prejudice (i) for want of prosecution and failure to comply with a court order pursuant to Rule 41(b), and (ii) for failure to state a claim pursuant to Rule 12(b)(6). Dkt 28.

The district court reviews *de novo* those conclusions of a magistrate judge to which a party has specifically objected. See FRCP 72(b)(3) & 28 USC § 636(b)(1)(C); see also *United States v Wilson*, 864 F2d 1219, 1221 (5th Cir 1989, *per curiam*). The district court may accept any other portions to which there's no objection if satisfied that no clear error appears on the face of the record. See *Guillory v*

*PPG Industries Inc*, 434 F3d 303, 308 (5th Cir 2005), citing *Douglass v United Services Automobile Association*, 79 F3d 1415, 1430 (5th Cir 1996, *en banc)*; see also FRCP 72(b) advisory committee note (1983).

None of the parties filed objections. No clear error otherwise appears upon review and consideration of the Memorandum and Recommendation, the record, and the applicable law.

The Memorandum and Recommendation of the Magistrate Judge is ADOPTED as the Memorandum and Order of this Court. Dkt 28.

This case is DISMISSED WITH PREJUDICE.

A final judgment will issue by separate order.

SO ORDERED.

Signed on August 28, 2024, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge